IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

GREGORY FARMER                                              PLAINTIFF

V.                          CIVIL ACTION NO. 2:05cv-161-GHD-DAS

ST. PAUL FIRE & MARINE INSURANCE COMPANY                    DEFENDANT

AGREED ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO
FILE PLAINTIFF'S ANSWERS AND RESPONSES TO DEFENDANT'S FIRST
SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

This day this cause came on before the Court on plaintiff's _ore tenus_ motion for additional time to file plaintiff's answers and responses to defendant's first set of interrogatories and requests for production of documents, and the Court, having considered the motion and being advised that defendant interposes no objection to the motion being granted, finds that the motion is well-taken. Therefore, it is:

ORDERED that the plaintiff is granted additional time until and including September 2, 2008, in which to serve plaintiff's answers and responses to defendant's first set of interrogatories and requests for production of documents.

This, the 8th day of August, 2008.

/s/ David A. Sanders
U. S. Magistrate JUDGE

APPROVED AND AGREED TO:

s/Ellis Turnage
Ellis Turnage, Attorney for
Plaintiff


s/Mary McKay Lasker
Mary McKay Lasker, Attorney
for Defendant